**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Juan Agripino, Hugo Rangel, Isai Manriquez, Juan Carlos Maldonado, Jose Luis Ramirez, Roberto Alvarado, and Juan Miguel Jaramillo, individually and on behalf of other employees similarly situated, Plaintiffs<br>v.<br>Ranger Construction, Inc., and Satwant K. Kaler, individually, Defendants | Case No. 1:17-cv-2238<br>Judge: Hon. Thomas M. Durkin<br>Magistrate Judge: Hon. Young B. Kim |

**STIPULATION TO DISMISS**

The Parties, through counsel, pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, state that the parties have agreed and stipulated to dismiss his action in its entirety without prejudice and without costs or attorney's fees pursuant to settlement, except as otherwise provided for by the parties' agreement. On July 31, 2019, absent any motion to reinstate, the dismissal of this matter shall convert automatically to a dismissal with prejudice.

Respectfully submitted,

| | |
|---|---|
| **s/ Valentin T. Narvaez**<br>Consumer Law Group, LLC<br>6232 North Pulaski Rd, Suite 200<br>Chicago, IL 60646 | **s/ James R. Griffin**<br>Schain Banks<br>Three First National Plaza<br>70 W. Madison Street, Suite 5300<br>Chicago, IL 60602 |